IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-251MAC |
| | § | |
| STEVEN MICHAEL SMITH | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 11, 2017, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Tracey Batson.

On November 2, 2012, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of forty-one (41) months imprisonment followed by a three (3) year term of supervised release for the offenses of Possession of a Firearm by a Felon and Counterfeiting and Forging Obligations or Securities of the United States. Defendant began his term of supervision on February 27, 2015.

On February 2, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 39). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month; (3) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment; (4) Defendant

1

shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribue, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (5) Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer; and (6) Under the guidance and direction of the United States Probation Officer, Defendant shall participate in a combination of psychiatric, psychological, or mental health treatment and shall comply with any medication requirements as prescribed by treatment provider.

The Petition alleges that Defendant committed the following violations: (1) On December 29, 2016, Defendant was arrested by Wise County, Texas, Sheriff's Department for Driving While Intoxicated, and Possession of Marijuana, Class B Misdemeanors. Defendant was later chaged with Theft<$100, Class C Misdemeanor, and two counts of Burglary of Habitations, Second Degree Felonies. Defendant is currently in custody at the Wise County Jail; (2) Defendant failed to submit a monthly supervision report within the first five days of the months of May, June, October and November 2015; (3) On May 3, 2016, Defendant reported he moved to Arlington, Texas. Defendant failed to notify the probation officer at least ten days prior to his change in residence; (4) On December 29, 2016, Defendant was arrested by Wise County, Texas, Sheriff's Department for Driving While Intoxicated and Possession of Marijuana; (5) At the time of Defendant's arrest on December 29, 2016, he was with two (2) convicted felons, neither of whom Defendant had permission from the probation officer to associate with. Furthermore, one of the convicted felons was arrested for Possession of Marijuana. Therefore, Defendant was associating with a person engaged in criminal activity; and (6) Defendant failed to attend mental health counseling as directed

on April 27, May 12, August 12, October 21, November 16, and November 27, 2015. Defendant was unsucessfully discharged from counseling on November 27, 2015, due to lack of participation by failing to attend sessions as scheduled.

At the hearing, Defendant entered a plea of true to Allegation 1. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 11, 2017, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with no supervised release to follow, to run consecutively to any other sentence being served. The Court further recommends that Defendant's term of imprisonment be carried out in FCI El Reno, if appropriate.

**SIGNED this 12th day of October, 2017.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE